RECEIVED
SDNY PRO SE OFFICE
2022 JUN -7  PM 12: 31

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ILYA FELIKSOVICH IOSILEVICH

_____

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

-against-

1. Walmart Inc.; 2. Joseph Negron; 3. "Jane Doe";
4. "Jane Doe" a/k/a Biatriz; 5. State of New York;
6. New York State Police; 7. Kevin P. Bruen; 8. John
T. Reicherter; 9. "John and Jane Doe" 1-2;
10. Westchester County Government; 11. George
Latimer; 12. Westchester County Office of the District
Attorney; 13. Miriam E. Rocah.

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

## COMPLAINT

Do you want a jury trial?
☑ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

     ☑   **Federal Question**

     ☐   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
42 U.S.C. §1983 for false arrest & malicious prosecution in violation of Amendments

4th and 14th; Penal Law §135;  Nelgigent Infliction of Emotional Distress;

Intentional Infliction of Emotional Distress; Loss of time and money for

defending Criminal Cases; Unjust Enrichment and Breach of Contract.

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
               (Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

| ILYA | FELIKSOVICH | IOSILEVICH |
|---|---|---|
| First Name | Middle Initial | Last Name |

2401 Mermaid Avenue
_____
Street Address

| Brooklyn (Kings county) | New York | 11224-2209 |
|---|---|---|
| County, City | State | Zip Code |

| (347) 254-9395 | iiosilevich@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

**B.  Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

WALMART INC.

| First Name | Last Name |
|---|---|

Attn: Dough McMillion, President and CEO

Current Job Title (or other identifying information)

702 SE 8th Street

Current Work Address (or other address where defendant may be served)

| Bentonville | Arkansas | 72716 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:

| JOSEPH | NEGRON |
|---|---|
| First Name | Last Name |

Asset Protection Associate at Walmart store # 2531

Current Job Title (or other identifying information)

3133 East Main Street

Current Work Address (or other address where defendant may be served)

| Mohegan Lake (Westchester) | New York | 10547 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

| "Jane" | "Doe" -fictitious name of employee |
|---|---|
| First Name | Last Name |

manager on duty/general manager at Walmart store # 2531

Current Job Title (or other identifying information)

3133 East Main Street

Current Work Address (or other address where defendant may be served)

| Mohegan Lake (Westchester) | New York | 10547 |
|---|---|---|
| County, City | State | Zip Code |

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant #4

| "JANE" | "DOE" a/k/a Beatriz |
|---|---|
| First Name | Last Name |

exit door host [store associate] at Walmart store # 2531

Current Job Title (or other identifying information)

3133 East Main Street

Current Work Address (or other address where defendant may be served)

| Mohegan Lake (Westchester) | New York | 10547 |
|---|---|---|
| County, City | State | Zip Code |

Defendant #5

| STATE OF NEW YORK | |
|---|---|
| First Name | Last Name |

Attn: Secretary of State of New York

Current Job Title (or other identifying information)

123 William Street

Current Work Address (or other address where defendant may be served)

| New York (New York) | New York | 10038 |
|---|---|---|
| County, City | State | Zip Code |

Defendant #6

| New York State Police | |
|---|---|
| First Name | Last Name |

Attn: Superintendent of State Police

Current Job Title (or other identifying information)

1220 Washington Ave, Building # 22

Current Work Address (or other address where defendant may be served)

| Albany | New York | 12203 |
|---|---|---|
| County, City | State | Zip Code |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant #7

| KEVIN P. | BRUEN |
|---|---|
| First Name | Last Name |

Superintendent of New York State Police (official + personal capacity)

Current Job Title (or other identifying information)

1220 Washington Ave, Building # 22

Current Work Address (or other address where defendant may be served)

| Albany (Albany) | New York | 12203 |
|---|---|---|
| County, City | State | Zip Code |

Defendant #8

| JOHN T. | REICHERTER |
|---|---|
| First Name | Last Name |

New York State Trooper (arresting Officer for me and my wife)

Current Job Title (or other identifying information)

3113 East Main Street

Current Work Address (or other address where defendant may be served)

| Mohegan Lake (Westchester) | New York | 10547 |
|---|---|---|
| County, City | State | Zip Code |

Defendant #9

| JOHN and JANE | DOE #1-2 |
|---|---|
| First Name | Last Name |

partners of Trooper Reicherter who responded to 911 call

Current Job Title (or other identifying information)

3113 East Main Street

Current Work Address (or other address where defendant may be served)

| Mohegan Lake (Westchester) | New York | 10547 |
|---|---|---|
| County, City | State | Zip Code |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant #10

| WESTCHESTER | COUNTY GOVERNMENT | |
|---|---|---|
| First Name | Last Name | |
| Attn: George Latimer, Westchester County Executive | | |
| Current Job Title (or other identifying information) | | |
| 148 Martine Avenue | | |
| Current Work Address (or other address where defendant may be served) | | |
| White Plains (Westchester) | New York | 10601 |
| County, City | State | Zip Code |

Defendant #11

| GEORGE | LATIMER | |
|---|---|---|
| First Name | Last Name | |
| Westchester County Executive | | |
| Current Job Title (or other identifying information) | | |
| 148 Martine Avenue | | |
| Current Work Address (or other address where defendant may be served) | | |
| White Plains (Westchester) | New York | 10601 |
| County, City | State | Zip Code |

Defendant #12

| WESTCHESTER COUNTY | OFFICE OF THE DISTRICT ATTORNEY | |
|---|---|---|
| First Name | Last Name | |
| Attn: Miriam E. Rocah, District Attorney | | |
| Current Job Title (or other identifying information) | | |
| 111 Dr. Martin Luther King Jr. Blvd | | |
| Current Work Address (or other address where defendant may be served) | | |
| White Plains (Westchester) | New York | 10601 |
| County, City | State | Zip Code |

Defendant #13   MIRIAM E. ROCAH
_____
First Name               Last Name
**Westchester County District Attorney**
_____
Current Job Title (or other identifying information)
**111 Dr. Martin Luther King Jr. Blvd.**
_____
Current Work Address (or other address where defendant may be served)
**White Plains (Westchester County), New York 10601**
_____
County, City                    State           Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:   3133 East Main St., Mohegan Lake, NY 10547 (Walmart)
_____

Date(s) of occurrence:   September 1, 2020
_____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Please read the section "Preliminary Statement" of my "NOTICE OF INTENT TO FILE A CLAIM AGAINST THE STATE OF NEW YORK, NEW YORK STATE POLICE DEPARTMENT, NYS Police Department Arresting officers for myself and my wife [in their employment capacities], WESTCHESTER COUNTY, WESTCHESTER COUNTY, WALMART INC. AND IDENTIFIED AND UNIDENTIFIED INDIVIDUAL EMPLOYEES OF THE WALMART [in employment and personal capacities, including Joseph]"
_____

That section described facts that support my case. I attached  the aforementioned Notice of Intent to File a Claim as an Exhibit A.
_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Me and my wife have both experienced financial losses and emotional distress. My wife further experienced negative consequences on immigration issues when she applied for her Adjustment of Status to Permanent Resident. Financial losses include time lost from work to attend several Court dates, as well as costs associated with driving [gas + tolls] to the local Town/Village Court in Westchester County. We live in Brooklyn, NY and travel is far. Furthemore, Walmart store unjustly enriched itself when it charged me twice for a Lego set.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

1. $100,000 for each arrest of me+ my wife for total of $200,000, or as determined by Court 2. $25,000 each for Intentional and Negligent Infliction of Emotional Harm me and my wife; 3.  $10,000 for lost profits from the military service caused by arrest record; 4. Consequential damages to defend me +my wife for $2,000; 5. overchage for Lego toy; 6. Lost time and income from work; 7. Cost of litigation and court fees; 8; additional time lost from work to litigate this case; 8. Injunctive relief listed in sec. "Additional Remedy from NYS only" attached in Exhibit A; 9. Injunctice Relief listed in sec. "Remedy Requested from Westchester County and Westchester County DA's Office" in Exhibit A.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| May 25, 2022 | | |
|---|---|---|
| Dated | Plaintiff's Signature | |
| ILYA | FELIKSOVICH | IOSILEVICH |
| First Name | Middle Initial | Last Name |
| 2401 Mermaid Avenue | | |
| Street Address | | |
| Brooklyn | New York | 11224-2209 |
| County, City | State | Zip Code |
| (347) 254-9395 | iiosilevich@gmail.com | |
| Telephone Number | Email Address (if available) | |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Exhibit A

**NOTICE OF INTENT TO FILE A CLAIM AGAINST THE STATE OF NEW YORK, NEW YORK STATE POLICE DEPARTMENT, NYS Police Department Arresting officers for myself and my wife [in their employment capacities],  WESTCHESTER COUNTY, WESTCHESTER COUNTY, WALMART INC. AND IDENTIFIED AND UNIDENTIFIED INDIVIDUAL EMPLOYEES OF THE WALMART [in employment and personal capacities, including Joseph]**

From:  Ilya Feliksovich Iosilevich (claimant #1)
Oksana Kovtun (Claimant # 2- my wife)
589 Mayfair Drive South, 1st Floor
Brooklyn, NY 11234
Tel # (347) 254-9395
Email: iiosilevich@gmail.com


To:     New York State Attorney General's Office (on behalf of New York State and New York State Police)
Attn: Attorney General Latitia James
28 Liberty Street
New York, NY 10005
Main Line: (212) 364-6010
Fax Number: (646) 356-3000

CC:     New York State Department of State [on behalf of New York State]
Attention: Commissioner of NYS Department of State
123 William Street
New York, NY 10038

CC:     New York State Police
NYSP Headquarters
Superintendent of State Police
1220 Washington Ave, Building # 22
Albany, New York

To:     Westchester County Government
Attn: George Latimer, Westchester County Executive
148 Martine Avenue
White Plains, NY 10601
Tel # (914) 995-2000

CC:     Westchester County Office of the District Attorney
Attn: District Attorney Miriam E. Rocah
111 Dr. Martin Luther King, Jr. Blvd.
White Plains, New York 10601

Tel # (914) 995-3414

To:     WALMART INC.
        Attn: Chief Executive Officer C. DOUGLAS MCMILLON
        702 SW 8TH ST.
        BENTONVILLE, ARKANSAS 72716

## PRELIMINARY STATEMENT

1.      This is an action for monetary damages I intend to bring pursuant as a Plaintiff to the Civil Rights Act of 1871, 42 U.S.C. § 1983 for the Defendants commission of acts under color of law in violation of the my rights under the Fourth and Fourteen Amendments to the Constitution of the United States, and; an injunctive relief pursuant to Court's supplemental jurisdiction under 28 U.S.C. § 1367.

### Nature of Claim

On September 1, 2020 I and my wife Oksana Kovtun, as bona fide customers entered the Walmart location at  3133 E Main St, Mohegan Lake, NY 10547. We entered some time in afternoon on that day. After being in a store, I was scanned every item using a detachable scanner gun at self-checkout. My wife wasn't with me when I scanned. After I scanned, I tried to use my Walmart Capital One mobile app, which didn't work. Then I turn around, I see my wife. She gave me her credit card because I forgot to even bring my wallet, which was in a car with my two kids and nanny.

When I paid for items, I and my wife were approaching the exit door. At the exit door, some African American woman was checking my receipt. She noticed an item was not listed, I said to her, "Well, then scan the item and let me pay."

Then the security guard named Joseph Negron took us to a register. When my cart was behind register, Mr. Negron went into a security office. Some unknown associate was carrying a second card, remove the items from his card and transferred those items into my cart. Then a manager, who went behind the registered, started to scan items and asked us to go in the office. I told the manager that some of her associate put items from his second shopping cart into my cart. When he did that, he mixed our items up.

When we were in security office, Mr. Negron asked us if we have IDs. I told him, I am not giving you any ID, nor am I signing anything. I gave him a choice to either call the police and sort this out, or let me pay. I made it very clear to him that I am not signing any paperwork. I told police to look at security cameras to prove that I scanned every item and my wife has

nothing to do with it because she wasn't even in the line when I scanned [because the line was long to wait, I told her to look for any last minute items while I secure the line]. New York State Police was called, we were arrested despite the fact that I asked Police to look at video surveillance.

In addition, after being arrested, I went to Walmart. My wife said she wants to buy stuff and she didn't waste her time to merely go to Walmart I asked them if notwithstanding my arrest, I can buy merchandise what's in the cart that was still behind the counter [at that point I didn't care what are those items, if they originally been in cart, etc.; I was agitated at that point]. I was given a permission to rebuy some items and some other items and some other items, that my wife asked me to further purchase, that were not part of original purchase. This is not Trespass because I received a consent after full disclosure of my arrest. I made purchase at Customer service with my nanny. Please see receipt # 4 of items purchase after arrest. Receipt #3 are items before arrest. Receipt # 1 an 2 are items that are fabricated by Officer Negron and the manager on duty to substantiate the arrest. You can see that receipt # 1 and # 2 differ and almost 30 minutes apart. Officer Negron was so confused that he didn't know which items are mine, and which are not.

Also, I want to mention that I was overcharged for Lego on receipt #4. I told the lady behind counter what Lego I want and she charged me twice for same Lego.

During the negotiations, I told the Prosecutor that I am not taking any deals and I would like to have a right to a speedy and public trial as guaranteed by my Sixth Amendment. I wanted to face my accuser.

After all long negotiations, prosecutor decided to drop the charges against me because the Prosecutor knew she will lose. Because arrest is false, I am not suing the Walmart, its employees, and State Police, New York State for false arrest.

In addition, as collateral consequences, this arrest has adverse effect on my wife's immigration. Furthermore, I cannot get any promotions in military service, Finally, me and my wife experience stress. until charges were dropped.

**Remedy Requested from Walmart Inc and its individual Employees [including Joseph Negron], New York State, New York State Police and Individual NYPD Officers, while in their employment capacity**

For myself and my wife, each of us requesting the following relief:
1. $100,000 for each arrest done to me and my wife for a total of $200,000,
2. $25,000 each for Intentional and Negligent Infliction of Emotional Harm done to me and my wife [and especially my wife who experienced stress and cried after this]
3. $10,000 for lost profits from the military service [I can't get a favorable assignment or promotion while I am "flagged], and consequential and punitive damages for me.
4. Reasonable attorney fees, and cost of litigation, if I will be forced to hire an attorney to pursue this case, or additional time lost from work if I will have to litigate this case pro se. I estimate that to be $10,000

Total Requested $270,000 for both Plaintiffs.

**Additional Remedy (injunctive relief) from New York State only**

I want the State to "expunge" my and my wife's arrests and "Court dispositions" because it was favorable one. If I am found not guilty, I would like to have my conviction and my arrest to be "expunged" because if I go for job interview, I do not want to say I was arrested because a person whose criminal charges are dismissed maintains his innocence. Therefore, the State is not justified to keep a "sealed" record of my arrest. The Law must be changed to have such record "expunged," not sealed, not some States of the Union do so already. I was born innocent, and I will live innocent lifestyle.

In addition, I want my wife to go to Immigration Interview and say that she was never arrested. An arrest that was dismissed is equivalent to "annulled marriage." It's like it never existed. So you are not "lying" when you say I was never married, if marriage resulted in annulment. I understand the State of New York doesn't expunge records. Well, I'm about to change that policy now with a lawsuit all the way to US Supreme Court. I want New York to follow same role and model as some other States that completely "expunge" favorable dispositions, as opposed to merely "sealing them." People are prejudicial. When they see "sealed" record, they still think of possibility of "being guilty" as opposed to being innocent.

Prior to this arrest, neither myself nor my lovely wife were ever arrested. I don't feel guilty that my wife got arrested merely because something was allegedly "misscaned" in Walmart, however, the video footage would have prevented an arrest because it would have shown (1) that I scanned every item, and (2) that my wife wasn't even next to me when I finished scanning.

I do not want my wife to have a criminal record, even though charges were dismissed against her. I want her, and myself, to have a completely free record. This is why I need the State to expunge these records for me and my wife Oksana.

**Remedy Requested from Westchester County and Westchester County District Attorney's Office**

I am requesting to rearraign me and change the Disposition from CPL 170.55 to CPL 160.50 [or any other code that doesn't say ACD on the paperwork]. I also request to remove the DA's request to have me stay away from one year from the Walmart, despite the fact that I don't even live near close to Walmart, nor do I want to go to Walmart. I just don't want a State actor to favor a private entity. I think it's a corruption. On a contrary, if DA's Office doesn't want to do it, then I would request to vacate my favorable Disposition, and instead proceed to an actual criminal trial, and with possibility of appeal [if for some reason I lose]. I rather take a chance with that because I know I will get acquitted. However, if I do get acquitted, I will seek

malicious prosecution charges against DA's Office.  Moreover, DA's office intentionally did not produce the video surveillance, which I requested at every adjournment because DA's Office was aware that such video was exculpatory evidence to acquit me and my wife Oksana Kovtun. Just to make it clear, Walmart intentionally did not provide a video because Walmart  employee Joseph Negron knows he did a false arrest and could potentially be disciplined. He was literally trying to make quotas to show that he is doing a work for his employer Walmart.

**Supporting Documents Attached for your Reference.**

I am attaching supporting documents for your Reference.


Sincerely yours,


ILYA FELIKSOVICH IOSILEVICH

**YISSACHAR D. SUGAR**
**Notary Public, State of New York**
**No.24—5007883**
**Qualified in Kings County**
**Commission Expires Feb. 8, 20**

Sworn to Before Me on 6/2/2021

# CERTIFICATE OF DISPOSITION

STATE OF NEW YORK                                              CORTLANDT TOWN COURT
WESTCHESTER COUNTY                                                     CRIMINAL PART

PEOPLE OF THE STATE OF NEW YORK

      VS.

ILYA F. IOSILEVICH;  Defendant

CASE NO: 20100180

    Date of Birth:  01/24/1986          JC501 no: 69432097J
    Date of Arrest:  09/01/2020          NYSID no: 10371552Y
  Disposition Date:  03/04/2021

| Section Charged | Section Disposed | Ticket No & Description | Disposition | Fine | Civil-Fee | Surchg |
|---|---|---|---|---|---|---|
| PL 155.25 | PL 155.25 | PETIT LARCENY | Dism'd CPL170.55 ACD | 0.00 | 0.00 | 0.00 |

Upon a proper request for an official statement of disposition,
I certify that the above named defendant having appeared before
this court was charged as shown above.  Each of the charges was
disposed of as indicated.


Dated: The 4th day of March 2021

                    Audrey Stewart
                    Court Clerk



NOTE: A copy of the request will be filed with this certificate
in the case records.

CAUTION: This information must not be divulged if the case is
sealed or where the defendant has been adjudicated a youthful
offender.



Copies:  ____ Court,  ____ Defendant,  ____ Agency,  ____ DA

# Receipt #1

**Walmart**

914-526-1100 Mgr:DANTAN
3133 E MAIN ST
MOHEGAN LAKE NY 10547
ST# 02531 OP# 004090 TE# 92 TR# 06797
U RAINBOOTS   060530036895        9#00 Y
U RAINBOOTS   060530036992        9#00 Y
11 POLAR SET 007153702020 I       9#00 X
NY DEP FEE    007874237027 F       0#05 N
KEITH CHIPS  002960580166 I        3#90 N
11 POLAR SET 007153702020 I        0#00 X
NY DEP FEE   007074237027 F        0#05 O
11 POLAR SET 007153702020 I        0#00 X
NY DEP FEE   007074237027 F        0#05 O
NV FR 48CT   007874225923 F       14#92 O
TT DEMIN     019202103973         16#87 R
PISTACHIOS   007874215901 F       10#90 N
AM NESH PANI 019324223034          7#62 N
NR ELONGATED 046067895424          0#96 R
W CASUAL     060590037907          9#90 R
LEGG 10696   067341923359         28#00 X
BOYS SHOES   019360541574         17#87 R
                   SUBTOTAL       139#97
    TAX 1    8.375 %              2#57
    TAX 2    4.375 %              3#47
                      TOTAL      146#01
            CASH  TEND           146#01
            CHANGE DUE             0#00
          # ITEMS SOLD  17
**************************************
****  INVALID RECEIPT - TRAINING  ****
**************************************
       09/01/20     15:49:49

# Receipt #2

**Walmart**

```
914-526-1100 Mgr:DAMIAN
        3133 E MAIN ST
     MOHEGAN LAKE NY 10547
ST# 02531 OP# 008469 TE# 91 TR# 01320
LEGO 10696     067941923359     28#00 X
LT ANORAK      084208018146     21#96 R
W RAINBOOTS    060539036992      9#00 Y
TT DENIM       019202103973     16#87 R
W CASUAL       060536037907      9#98 R
PISTACHIOS     007074215901 F   10#90 N
80 FR 4BCT     007074225923 F   14#97 0
KETTLE CHIPS   002050530166 F    3#98 N
1L POLAR SEL   007153702020 F    0#80 X
NY DEP FEE     007074237027 F    0#05 0
1L POLAR SEL   007153702020 F    0#80 X
NY DEP FEE     007074237027 F    0#05 0
1L POLAR SEL   007153702020 F    0#80 X
NY DEP FEE     007074237027 F    0#05 0
BOYS SHOES     019360541574     17#87 R
AV MESH PANT   019324223634      7#62 R
XB ELONGATED   880967096424      8#96 R
               SUBTOTAL        152#09
        TAX 1  8.375 %           2#57
        TAX 2  4.375 %           4#00
               TOTAL           159#54
               CASH  TEND      159#54
               CHANGE DUE        0#05
            # ITEMS SOLD 17
**************************************
**  INVALID RECEIPT - TRAINING  ****
**************************************
      09/01/20       16:21:49
```

Give us feedback @ survey.walmart.com
Thank you! ID #:7P9T1LUDHJ2

**Walmart**

```
914-526-1100 Mgr:DAMIAN
        3133 E MAIN ST
     MOHEGAN LAKE NY 10547
ST# 02531 OP# 008460 TE# 91 TR# 01316
W RAINBOOTS    060539036995      9.00 Y
               SUBTOTAL          9.00
        TAX 2  4.375 %           0.39
               TOTAL             9.39
               AMEX  TEND        9.39
AMERICAN EXPRESS *** **** ***2 007 I 0
APPROVAL # 829403
REF # 024500676649
TRANS ID - 001331577524469
AID A000000025010801
AAC C0709EE645995E2F
TERMINAL # SC010047
      09/01/20       16:13:04
            CHANGE DUE           0.00
         # ITEMS SOLD 1
TC# 6015 5379 5303 1099 3508
```

||| ||||| ||| |||| |||| ||| |||| ||||| |||

```
      09/01/20       16:13:04
         ***CUSTOMER COPY***
```

# Receipt #3

Give us feedback @ survey.walmart.com
Thank you! ID #:7P910WDPN1

# Walmart

914-526-1100 Mgr:DAMIAN
3133 E MAIN ST
MOHEGAN LAKE NY 10547
ST# 02531 OP# 009047 TE# 47 TR# 03361
```
M TOTS APPLE 001480031820 F    2.36 N
CHOC          003400028005 F    3.48 X
GV BLONDE 12  00787421 147 F    3.92 0
JP 24Z MARS   060069900327 F    2.24 0
1L POLAR SEL  007153702020 F    0.88 X
NY DEP FEE    007874237027 F    0.05 0
LEGO 6250707  067341930179 F   16.00 X
LAYS KETTLE   002840037185 F    2.98 N
M TOTS APPLE  001480031820 F    2.36 N
TABLECLOTH    004288741034 F    2.45 X
W CASUAL      060538844875 F    9.98 N
BEVERAGE      081369402389 F    1.58 N
BEVERAGE      088231100406 F    1.58 N
NB ELONGATED  080967096424 F    8.96 R
AW JACKET     019324227715 F    8.44 R
P3 LOW CUT    080640900613 F    3.00 Y
GV ORG 21B    00787420063 F     2.64 N
1L POLAR SEL  007153702020 F    0.88 X
NY DEP FEE    007874237027 F    0.05 0
1L POLAR SEL  007153702020 F    0.88 X
NY DEP FEE    007874237027 F    0.05 0
1L POLAR SEL  007153702020 F    0.88 X
NY DEP FEE    007874237027 F    0.05 0
1L POLAR SEL  007153702020 F    0.88 X
NY DEP FEE    007874237027 F    0.05 0
1L POLAR SEL  007153702020 F    0.88 X
NY DEP FEE    007874237027 F    0.05 0
1L POLAR SEL  007153702020 F    0.88 X
NY DEP FEE    007874237027 F    0.05 0
           SUBTOTAL           79.41
     TAX 1   8.375 %           2.56
     TAX 2   4.375 %           1.33
           TOTAL              83.30
           VISA TEND          83.30
```
VISA CREDIT       **** **** **** 1306 I 1
APPROVAL # 05691C
REF # 024500340522
TRANS ID - 380245699225433
VALIDATION - HS67
PAYMENT SERVICE - E
AID A0000000091010
AAC D57DEA3B17378733
TERMINAL # SC010523
       09/01/20        15:25:27
          CHANGE DUE          0.00
          # ITEMS SOLD 31
TC# 5606 9487 9765 3377 2976

09/01/20       15:25:28
***CUSTOMER COPY***

# Walmart

914-526-1100 Mgr:DAMIAN
3133 E MAIN ST
MOHEGAN LAKE NY 10547
WAL-MART STORE # 25310
MOHEGAN LAKE, NY
ST# 02531 OP# 008468 TE# 93 TR# 05258
MERCHANT# 00001234
VISA
*** CREDIT ISSUED ***
GENERAL MDSE TOTAL 83.30-
APPROVAL # 03845C
REF # 024500324101
VALIDATION - 2DK2
PAYMENT SERVICE - T
TERMINAL # SC011636
   09/01/20        17:31:27
   ***CUSTOMER COPY***

# Receipt # 4

```
Give us feedback @ survey.walmart.com
Thank you! ID #:7P9TINWDRHR

         Walmart ><

      914-526-1100 Mgr:DAMIAN
           3133 E MAIN ST
        MOHEGAN LAKE NY 10547
STH# 02531 OP# 000468 TE# 93 TR# 05274
1L POLAR SEL 007153702020 F       0.88 X
NY DEP FEE    007874237027 F      0.05 O
1L POLAR SEL 007153702020 F       0.88 X
NY DEP FEE    007874237027 F      0.05 O
1L POLAR SEL 007153702020 F       0.88 X
NY DEP FEE    007874237027 F      0.05 O
1L POLAR SEL 007153702020 F       0.88 X
NY DEP FEE    007874237027 F      0.05 O
1L POLAR SEL 007153702020 F       0.88 X
NY DEP FEE    007874237027 F      0.05 O
1L POLAR SEL 007153702020 F       0.88 X
NY DEP FEE    007874237027 F      0.05 O
1L POLAR SEL 007153702020 F       0.88 X
NY DEP FEE    007874237027 F      0.05 O
LAYS KETTLE  002840037185 F       2.98 N
KETTLE CHIPS 002040500166 F       3.98 N
PISTACHIOS   007874215981 F      10.98 N
GV FR 48CT   007874225923 F      14.92 O
1L POLAR SEL 007153702020 F       0.88 X
NY DEP FEE    007874237027 F      0.05 O
1L POLAR SEL 007153702020 F       0.88 X
NY DEP FEE    007874237027 F      0.05 O
1L POLAR SEL 007153702020 F       0.88 X
NY DEP FEE    007874237027 F      0.05 O
H TOTS APPLE 001460031820 F       2.36 N
H TOTS APPLE 001460031820 F       2.36 N
BEVERAGE     001369402309 F       1.58 H
BEVERAGE     085231100406 F       1.58 X
BEVERAGE     001369402309 F       1.58 H
GV BLONDE 12 007874214147 F       3.92 O
LEGO 10696   067341923359        26.00 X
LEGO 10696   067341923359        26.00 X
   ** VOIDED ENTRY **
LEGO 10696   067341925359        26.00 X
LEGO 6250707 067341930179        16.00 X
JP 242 MARS  060069980327 F       2.24 O
LAYS KETTLE  002840037185 F       2.98 N
GV ORG 2LB   007074230063 F       2.64 N
TABLECLOTH   004288741034         2.45 T
CHOC         003400029005 F       3.48 X
AN JACKET    019324223715         8.44 R
LT ANORAK    084208010146        21.96 R
                SUBTOTAL        143.79
        TAX 1   8.375 %           5.05
        TAX 2   4.375 %           1.33
                TOTAL           150.11
            AMEX TEND           150.11
AMERICAN EXPRESS *** **** ***2 007 I Q
APPROVAL # 077219
REF # 024500687262
TRANS ID - 0013316475580483
AID A000000025010801
AAC D4F965140FA965B2
TERMINAL # SC011636
        09/01/20      10:25:11
           CHANGE DUE            0.00
          # ITEMS SOLD 39
  TC# 3705 8547 5580 3139 3951 8
```

||||| |||| ||| |||||| |||| ||| |||||| |||||

```
        09/01/20      10:25:11
          ***CUSTOMER COPY***
```

# MISDEMEANOR COMPLAINT

STATE OF NEW YORK

*TOWN*                        COURT

COUNTY OF   *WESTCHESTER*

*TOWN*          of   *CORTLANDT*

Defendant:  *NA*
_____
(Relationship to alleged victim)

Alleged Victim:   *NA*
_____
(Relationship to defendant)

THE PEOPLE OF THE STATE OF NEW YORK

-- vs.--

Date of Birth

*OKSANA  KOVTUN*                          *10/09/1984*
_____          _____
                                             Defendant(s)

**A C C U S A T I O N**

BE IT KNOWN THAT, by this   *INFORMATION*      ,   *JOHN T REICHERTER*
as the Complainant herein,   *STATIONED*        at  *SP CORTLANDT*                     ,
accuses the above mentioned Defendant(s), with having    COMMITTED the  *MISDEMEANOR*
of  *PETIT LARCENY*
Subdivision _____  of the  *PENAL*                          in violation of Section    *155.25*                  .
_____. Law of the State of New York.
That on or about _____ *09/01/2020* ____ at about ____ *03:44 AM* ____
in the  *TOWN*        of  *CORTLANDT*                   , County of   *WESTCHESTER*        , the defendant(s)
did intentionally, knowingly and unlawfully commit the misdemeanor of PETIT LARCENY.  A person is guilty of petit larceny when he steals property. Petit larceny is a class A misdemeanor.

**F A C T S**

On the aforementioned date and time said defendant did intentionally, knowingly and unlawfully commit the misdemeanor of PETIT LARCENY when with ILYA F. IOSILEVICH she took merchandise with a total value of $79.41 from the Walmart located at 3131 E Main St. Mohegan Lake NY 10547.

All contrary to the above mentioned statute provided herein.

The above allegations of fact are made by the Complainant herein on direct knowledge and/or upon information and belief, with the sources of Complainant's information and the grounds for belief being the facts contained in the attached SUPPORTING DEPOSITION(s) of:  *JOSEPH M. NEGRON*

WHEREAS, an Appearance Ticket was issued to the said Defendant, directing him to appear before this court at    *09:00 AM*
on  *OCTOBER 22, 2020*

**N O T I C E**

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor.        (PL 210.45)

Affirmed under penalty of perjury
this  *06* TH  day of  *SEPTEMBER  ,  2020*
_____

--OR--

Subscribes and sworn to before me this _____ day of
_____, 20 _____

*John Reicherter*
_____
COMPLAINANT -

# SUPPORTIN DEPOSITION (CPL §100.20)

GENL-4 (03/05)

Ney York State Police

# SUPPORTING DEPOSITION (CPL § 100.20)

PAGE 1 OF 1

## THE PEOPLE OF THE STATE OF NEW YORK
-- VS.

### *Ilya F. Iosilevich-- 01/24/1986*

DEFENDANT(S)

| LOCATION OF INCIDENT: | LOCATION OF DEPOSITION |
|---|---|
| STATE OF NEW YORK   *Local Crim.*   COURT | STATE OF NEW YORK |
| COUNTY OF   *Westchester* | COUNTY OF   *Westchester* |
| *Town*   OF   *Cortlandt* | *Town*   OF   *Cortlandt* |

On  DATE: 09/01/2020  at  TIME STARTED: 04:25 PM  I,  FULL NAME: Joseph Negron

On September 1, 2020, starting at approximately 02:05 pm, while employed as the Asset Protection Associate at Walmart, located at 3133 East Main St. in Mohegan Lake, NY 10547, I, Joseph Negron, observed the following.

While patrolling the store in my capacity as a Loss prevention associate, I observed an unknown male and female suspect's, later identified as Ilya F. Iosilevich and Oskana Kovtun, in the Shoe department at which the time I observed them selecting a pair of women's boots, women's memory shoes and a pair of kid's shoes placing them into the shopping cart. Suspects then headed to the Men's apparel selecting a pair of jogging pants and a shirt placing them into the cart. Suspects then continued to the Women's department selecting a rain jacket and pair of pants placing them into the cart. Suspects then headed to the Toy department where they selected a Lego toy set placing it into the cart. Suspects then headed to the Food department where they selected a bag of chips, peanuts, a box of coffee and 3 bottles of polar water placing them into the cart. Suspects then headed to the front of the store, where they used self-check-out to make a purchase of other items while skip-scanning the rest of the merchandise placing items into plastic bags. Female suspect was wearing the raincoat, failing to pay for it. Suspects were trying to exit out the GM exit door, passing all points of sale failing to pay for concealed merchandise. I approached them with door host Beatriz about the unpaid merchandise inside the plastic bags. Suspects were compliant in giving me back the unpaid merchandise.
I then escorted suspects to the AP office to complete the proper paperwork.
The receipt was totaled for all the unpaid merchandise. NYS police were called due to no I.D. Upon arrival of NYS police, total amount of unpaid merchandise was valued at $152.93. In adherence to Walmart policy, Walmart would like to press charges against suspects.

Total value of property taken without consent: $152.93

### NOTICE
(Penal Law § 210.45)
In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

01  Day of  September 2020

- OR -

* Subscribed and Sworn to before me

_Joseph Negron_
(SIGNATURE OF DEPONENT)

(WITNESS)

TIME ENDED: 04:40 pm

this _____ Day of _____
*This form need not be sworn to only when specifically required by the court

(NAME OF PERSON TAKING DEPOSITION)

Page 1 – ORIGINAL      Page 2 – COPY      Page 3 – COPY      Page 4 – COPY

# OWNER'S DEPOSITION PURSUANT TO SECTION 190.30 OF THE CPL
# FILE NO.\_\_\_\_

STATE OF NEW YORK: COUNTY OF WESTCHESTER
THE PEOPLE OF THE STATE OF NEW YORK

—against—

Ilya F. Iosilevich

| | |
|---|---|
| **OWNER'S DEPOSITION PURSUANT TO SECTION** | |
| **190.30 OF THE CPL FILE NO._____** | |

STATE OF NEW YORK          )
COUNTY OF WESTCHESTER   ) ss:

**NOTICE:** THE MAKING OF FALSE STATEMENTS IN THIS INSTRUMENT IS PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

JOSEPH NEGRON _____ being duly sworn, deposes, and/or affirms under penalty of perjury

that I am employed at **Wal-Mart at 3133 East Main Street, Mohegan Lake, NY 10547**

and am the owner or other person entitled to possession of (state premise entered unlawfully)

**Wal-Mart at 3133 East Main Street, Mohegan Lake, NY 10547**

(state property unlawfully taken, damaged or possessed)

**17 Various items of merchandise TOTAL VALUE AT $ 152.93**

and that I have not given permission to the above named defendant(s) to take, use, posses, exercise control over, enter or damage the above described property on

Date: _____ **09/01/20** _____ and that the above named defendant(s)

did not have my permission to do, nor the permission of anyone entitled to grant it.

### COMPLETE IF APPLICABLE

I Purchase the above-described property on or about _____ At a cost of

_____ The last date I saw said property was

At this time it's physical condition was (describe) _____

And it's value was $ _____ The amount of unlawful to said property was _____

The approximate odometer reading (if motor vehicle) was _____

Sworn to before me this                                   9/01/20
Day of   September   01   2020   Date              Joseph Negron
                                                                      Deponent

**NEW COMPLAINT FILED BY PLAINTIFF PRO SE WITH THE APPLICATION FOR IN FORMA PAUPERIS**

From: ILYA FELIKSOVICH IOSILEVICH
      2401 Mermaid Avenue
      Brooklyn, NY 11224
      Tel. # (347) 254-9395
      E-mail: iiosilevich@gmail.com

To:    United States District Court
      Southern District of New York
      Pro Se Intake Unit
      500 Pearl Street
      New York, NY 10007
      Tel. # (212) 805-0175

Dear Clerk of the Court for Pro se litigants,

    Enclosed, please find my (1) Complaint and (2) Application to Proceed without Prepaying fees or costs [Informa Pauperis]. I will follow up with you to see, if you have received it, since I am mailing to you by USPS.

    If my In Forma Pauperis application is granted, please have US Marshalls serve the Defendants. Thank you!

Best regards,

   /s/    Ilya F. Iosilevich

Mr. ILYA FELIKSOVICH IOSILEVICH

Plaintiff pro se

May 25, 2022

P.S. I had mailed you these documents (Complaint + Informa Pauperis application), but it wasn't received. I will now either e-mail or drop it off in person. Last time I mailed was May 25, 2022. Today is June 6, 2022.

# PRIORITY® MAIL ★

0000 1000 0014

DATE OF DELIVERY SPECIFIED *

USPS TRACKING™ INCLUDED *

INSURANCE INCLUDED *

PICKUP AVAILABLE
Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP14F July 2013
OD: 12.5 x 9.5

USMI SDNY 5P

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

U.S. DISTRICT COURT SDNY

UNITED STATES POSTAL SERVICE®

FROM: Ilya Dosilevich
Plaintiff pro se
2401 Mermaid Avenue
Brooklyn, NY 11224

TO:
United States District Court
Southern District of New York
Attn: Pro Se Intake Unit
40 Foley Sq. / 500 Pearl Street
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2022 JUL -7 PM 3:16

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.