

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6359

September 2, 2022

**BY ECF:**
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    Iosilevich v. Walmart Inc. et al; 7:22-cv-04757-VB

Dear Judge Briccetti:

I write on behalf of this Office in response to the Court's July 6, 2022 Order seeking the names, badge numbers, and address where the Defendants "John and Jane Doe" may be served. See Dkt. No. 7. In accordance with that Order, this Office has learned the following information from the New York State Police regarding the Defendants specified in the Court's Order:

- "John Doe": The full name of the person Plaintiff appears to intend to name is State Trooper Sean Mallinson, Badge # 2438, and he can be served at Cortlandt State Police Station, 1 Memorial Drive, Croton-On-Hudson, NY 10520.
- "Jane Doe": The full name of the person Plaintiff appears to intend to name is State Trooper Courtney Ramos, Badge #5671, and she can be served at Hawthorne State Police Station, 200 Bradhurst Avenue, Hawthorne, NY 10532.

The above details are based on information available at this time and are not an admission that the individuals engaged in the acts alleged or violated Plaintiff's rights.

Respectfully submitted,

*S/ Andrew Blancato*
Andrew Blancato
Assistant Attorney General
Andrew.Blancato@ag.ny.gov

cc:
    Ilya Feliksovich Iosilevich
    2401 Mermaid Avenue
    Brooklyn, NY 11224-2209

**DECLARATION OF SERVICE**

Andrew Blancato, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

I am over 18 years of age and not a party to this action. On September 2, 2022, I caused to be served the annexed <u>Letter</u> upon:

    Ilya Feliksovich Iosilevich
    2401 Mermaid Avenue
    Brooklyn, NY 11224-2209

plaintiff pro se, by mailing a true copy of the attached papers, enclosed and properly sealed in a postpaid envelope, which was deposited in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York addressed to the above-noted address designated by plaintiff for that purpose.

                                                *S/ Andrew Blancato*
                                               Andrew Blancato
                                               Assistant Attorney General