# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ILYA FELIKSOVICH IOSILEVICH | 22-CV-4757 (VB) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| WALMART INC., ET AL. | Summons & Complaint |

**NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN**

**SERVE AT**
Trooper John T. Reicherter
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3113 East Main Street, Mohegan Lake, New York 10547

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Ilya Feliksovich Iosilevich
2401 Mermaid Avenue
Brooklyn, NY 11224-2209

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT

S. Harrold

TELEPHONE NUMBER

DATE: 7/7/2022

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 054 | District to Serve No. 054 | Signature of Authorized USMS Deputy or Clerk | Date 7/7/22 |

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 10/6/22   Time: 2:00 [X] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

HALLOWEEN CITY

S.D. OF N.Y.

ADDRESS IS A HALLOWEEN STORE

Form USM-285
Rev. 03/21