

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6359

November 9, 2022

**BY ECF:**
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:     Iosilevich v. Walmart Inc. et al; 7:22-cv-04757-VB

Dear Judge Briccetti:

I write on behalf of this Office in response to the Court's October 20, 2022 Order instructing this Office to provide an updated address where Defendant Reicherter may be served. See Dkt. No. 18. Defendant Reicherter may be served at the Cortlandt Station location for the New York State Troopers, located at 1 Memorial Drive, Croton on Hudson, NY 10520.

The above details are based on information available at this time and are not an admission that the individuals engaged in the acts alleged or violated Plaintiff's rights.

Respectfully submitted,

*S/ Andrew Blancato*
Andrew Blancato
Assistant Attorney General
Andrew.Blancato@ag.ny.gov

cc:
Ilya Feliksovich Iosilevich
2401 Mermaid Avenue
Brooklyn, NY 11224-2209

**DECLARATION OF SERVICE**

Andrew Blancato, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

I am over 18 years of age and not a party to this action.  On November 9, 2022, I caused to be served the annexed Letter upon:

Ilya Feliksovich Iosilevich
2401 Mermaid Avenue
Brooklyn, NY 11224-2209

plaintiff pro se, by mailing a true copy of the attached papers, enclosed and properly sealed in a postpaid envelope, which was deposited in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York addressed to the above-noted address designated by plaintiff for that purpose.

_S/ Andrew Blancato_
Andrew Blancato
Assistant Attorney General