UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

ILYA FELIKSOVICH IOSILEVICH,

               Plaintiff,

v.

WALMART, INC., et al.,

               Defendants.

-----------------------------------------------------------------x

*11-10-22*

**AMENDED ORDER OF
SERVICE**

22 CV 4757 (VB)

Copies Mailed/Faxed *11-10-22*
Chambers of Vincent L. Briccetti *)/t*

Plaintiff, proceeding pro se and in forma pauperis, brings claims under 42 U.S.C. § 1983

for violations of his constitutional rights.

On June 7, 2022, plaintiff filed the complaint. (Doc. #2.)

On July 6, 2022, the Court entered an amended Order of Service which directed the U.S.

Marshals Service to effect service on defendants Walmart, Inc., Joseph Negron, John T.

Reicherter, Kevin P. Bruen, and Westchester County. (Doc. #7.)

On October 20, 2022, the Court ordered the Office of the New York State Attorney

General ("NYAG") to ascertain an updated address where defendant Reicherter may be served.

(Doc. #18).

By letter dated November 9, 2022, the Attorney General has now provided a new address

for defendant Reicherter. (Doc. #19).

Accordingly, it is HEREBY ORDERED that the Clerk is instructed to fill out a U.S.

Marshals Service Process Receipt and Return form for the named defendant listed in the

Appendix to this Order.  The Clerk is further instructed to issue a summons listing the defendant

and deliver to the Marshals Service all paperwork necessary for the Marshals Service to effect

service upon the defendant.  The service address for the defendant is appended to this Order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.  Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

Plaintiff also must notify the Court in writing if plaintiff's address changes, and the Court may dismiss the action if he fails to do so.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: November 10, 2022
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

<u>APPENDIX</u>

1) John T. Reicherter
   New York State Troopers
   Cortlandt Station
   1 Memorial Drive
   Croton on Hudson, New York 10520