U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ILYA FELIKSOVICH IOSILEVICH | 22-CV-4757 (VB) |// 
| DEFENDANT | TYPE OF PROCESS |
| WALMART INC., ET AL. | Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kevin P. Bruen, Superintendent of New York State Police

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1220 Washington Ave, Building #22, Albany, New York 12203

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ilya Feliksovich Iosilevich
2401 Mermaid Avenue
Brooklyn, NY 11224-2209

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
S. Harrold

TELEPHONE NUMBER:
DATE: 7/7/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I hereby certify and return that I [ ] have personally served, [✓] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Jill Bertrand, admin

Date: 11/04/2022    Time: 1530    [ ] am  [ ] pm

Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

REMARKS:

S.D. OF N.Y.
2022 NOV -9 PM [illegible]
U.S. DISTRICT COURT

Form USM-285
Rev. 03/21

UNITED STATES MARSHALS SERVICE
SERVICE OF PROCESS
COST OF SERVICE

CASE # __2022-cv-4757__
TYPE OF PROCESS ____
ADDRESS/CITY __1220 Washington Ave__
DEPUTY: ____

### ATTEMPT #1

DATE __11/04/2022__   START TIME __1400__   END TIME __1530__
DUSM(S) __1__ X _____ X $65.00 = _____
   (number)   (Hours)
ROUND TRIP MILEAGE __13__ X $.585 = _____

### ATTEMPT #2

DATE _____ START TIME _____ END TIME _____
DUSM(S) _____ X _____ X $65.00 = _____
   (number)   (Hours)
ROUND TRIP MILEAGE _____ X $.585 = _____

### ATTEMPT #3

DATE _____ START TIME _____ END TIME _____
DUSM(S) _____ X _____ X $65.00 = _____
   (number)   (Hours)
ROUND TRIP MILEAGE _____ X $.585 = _____

Forward Fee (if Applicable) _____
Parking/Tolls _____
Other Expenses (Specify) _____
TOTAL COST _____

Rev 1/2022