UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ILYA FELIKSOVICH IOSILEVICH,          :
                   Plaintiff,          :
                              :
v.                                                            :
                              :
WALMART, INC., et al.,                  :
                Defendants.         :
                              :
------------------------------------------------------------x

**ORDER**

22 CV 4757 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2022

On June 7, 2022, Plaintiff, proceeding pro se and in forma pauperis, commenced this

action under 42 U.S.C. § 1983 alleging violations of his constitutional rights. (Doc. #2.)

On July 6, 2022, the Court entered an amended Order of Service which directed the New

York State Police to assist plaintiff in identifying the John and Jane Doe troopers who assisted in

his arrest.  (Doc. #7).

By letter dated September 2, 2022, the Office of the New York Attorney General

("NYAG") identified the John Doe defendant as State Trooper Sean Mallinson and the Jane Doe

defendant as State Trooper Courtney Ramos. (Doc. #10).

On October 12, 2022, defendant Westchester County filed a motion to dismiss the

complaint. (Doc. #12).

On October 20, 2022, the Court ordered counsel for defendant Walmart, Inc., to identify

the two Jane Doe Walmart employees and provide such information to the plaintiff and the Court

by November 21, 2022.  The Court further ordered plaintiff to file an amended complaint naming

the two Jane Doe defendants, as well as defendants Mallinson and Ramos, within 30 days of

receiving this information from Walmart's counsel. (Doc. #18).

By letter dated November 17, 2022, Walmart's counsel has now identified defendant "Jane Doe" as Genna Fraulo and defendant "Jane Doe a/k/a Biatriz" as Beatriz Leon Sharma. (Doc. #23).

Accordingly, it is HEREBY ORDERED:

1.      **By December 19, 2022, plaintiff shall file an amended complaint**.  Plaintiff shall use the amended complaint form attached to this Order.

2.      The amended complaint must contain the full names of the John and Jane Doe defendants identified by the NYAG and the Jane Doe defendants identified by Walmart's counsel.  The amended complaint shall include all factual allegations regarding all named defendants.  The amended complaint shall also address any deficiencies made apparent by the fully briefed arguments in Westchester County's motion to dismiss.

3.      **The amended complaint will completely replace, not merely supplement, the existing complaint.  Therefore, plaintiff must include in the amended complaint all information necessary for his claims against all defendants.**

4.      Once plaintiff has filed the amended complaint, the Court will screen the amended complaint and, if appropriate, issue an order directing the Clerk to issue summonses, complete the USM-285 forms with the service addresses of the newly-named defendants, and deliver to the U.S. Marshals Service all documents necessary to effect service.

5.      **Westchester County's motion to dismiss (Doc. #12) is DENIED WITHOUT PREJUDICE**, pending the filing of the amended complaint.

6.      All defendants' deadlines to respond to the complaint are stayed pending further Court order. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this

2

Order would not be taken in good faith, and therefore in forma pauperis status is denied for the

purposes of an appeal.  Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Chambers will mail a copy of this Order to the plaintiff at the address on the

docket.

Dated: November 18, 2022
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____

_____
Write the full name of each plaintiff.


-against-


_____

_____

_____

_____
Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

_____CV_____
(Include case number if one has been
assigned)


**AMENDED**

**COMPLAINT**

Do you want a jury trial?
   ☐ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 2/10/17

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐  **Federal Question**

☐  **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____, is a citizen of the State of
            (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of

                        (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_____

First Name              Middle Initial       Last Name

_____

Street Address

_____

County, City                    State          Zip Code

_____     _____

Telephone Number           Email Address (if available)

**B. Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: _____

        First Name               Last Name

        _____

        Current Job Title (or other identifying information)

        _____

        Current Work Address (or other address where defendant may be served)

        _____

        County, City            State         Zip Code

Defendant 2: _____

        First Name               Last Name

        _____

        Current Job Title (or other identifying information)

        _____

        Current Work Address (or other address where defendant may be served)

        _____

        County, City            State         Zip Code

Defendant 3: _____

        First Name               Last Name

        _____

        Current Job Title (or other identifying information)

        _____

        Current Work Address (or other address where defendant may be served)

        _____

        County, City            State         Zip Code

Defendant 4: _____

           First Name                  Last Name

           _____

           Current Job Title (or other identifying information)

           _____

           Current Work Address (or other address where defendant may be served)

           _____

           County, City                State           Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page 5

---
---
---
---
---
---
---
---
---
---

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

---
---
---
---
---

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

---
---
---
---
---

## V.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | Plaintiff's Signature |
|---|---|
| First Name        Middle Initial | Last Name |
| Street Address | |
| County, City | State        Zip Code |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.