

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6359

April 10, 2023

**BY ECF:**
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    Iosilevich v. Walmart Inc. et al; 7:22-cv-04757-VB

Dear Judge Briccetti:

      I write on behalf of this Office in response to the Court's March 30, 2023 Order instructing this Office to provide an updated address where Defendant Reicherter may be served. See Dkt. No. 44. I apologize for not submitting this letter by April 6, 2023, as the Court directed. Defendant Reicherter may be served at the Troop L Station location for the New York State Troopers, located at 101 Merrick Avenue, East Meadow, NY 11554. The Office of the Attorney General does not accept service on behalf of Defendant Reicherter at this time.

      The above details are based on information available at this time and are not an admission that the individual engaged in the acts alleged or violated Plaintiff's rights.

      Respectfully submitted,

      *S/ Andrew Blancato*
      Andrew Blancato
      Assistant Attorney General
      Andrew.Blancato@ag.ny.gov

cc:
    Ilya Feliksovich Iosilevich
    2401 Mermaid Avenue
    Brooklyn, NY 11224-2209