**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ILYA FELIKSOVICH IOSILEVICH,

                Plaintiff,              22 **CIVIL** 4757 (VB)

     -against-                    **JUDGMENT**

WALMART INC., JOSEPH NEGRON, KEVIN P.
BRUEN, JOHN T. REICHERTER, and
WESTCHESTER COUNTY GOVERNMENT,

                Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated January 12, 2024, motions to dismiss pursuant to Rules 12(b)(1) and 12(b)(6) are GRANTED and the motion to dismiss pursuant to Rule 12(b)(5) is DENIED. Plaintiff's request for leave to amend is DENIED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Accordingly, the case is closed.

**Dated:** New York, New York
          January 16, 2024

                                                             **RUBY J. KRAJICK**
                                                             **Clerk of Court**

                                  **BY:**
                                                              **Deputy Clerk**